UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER JONES,

        Plaintiff,

  v.

COUNTY OF CONTRA COSTA, et al.,

        Defendants.

Case No. 13-cv-05552-TEH

**ORDER TERMINATING MOTION TO DISMISS AS MOOT AND VACATING HEARING**

In light of the timely filing of an amended complaint, the pending motion to dismiss is terminated as moot, and the previously set hearing date is vacated.

**IT IS SO ORDERED.**

Dated: 1/23/14

_____

THELTON E. HENDERSON
United States District Judge