UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER JONES,

    Plaintiff,

v.

COUNTY OF CONTRA COSTA, et al.,

    Defendants.

Case No. 13-cv-05552-TEH

**ORDER LIFTING STAY; ORDER RE: HEARING ON PENDING MOTION TO DISMISS**

On April 11, 2014, the Court issued a stay of this action pending resolution of Plaintiff's state court criminal case. (Docket No. 29.) On January 21, 2016, the parties filed a Joint Case Status Statement informing the Court that the state court criminal case is completed, and therefore the parties agree that the stay should be lifted. (Docket No. 32.) Accordingly, IT IS HEREBY ORDERED that the stay in this case is lifted, and the Clerk shall re-open the file.

IT IS FURTHER ORDERED that the parties shall meet and confer regarding proposed dates for a hearing on Defendant's pending motion to dismiss. (Docket No. 17.) The parties shall file a stipulation, if possible, no later than **February 29, 2016** setting forth proposed hearing dates. If the parties are unable to agree upon dates, they shall file separately their proposed dates. The hearing date may not be sooner than **April 4, 2016**.

**IT IS SO ORDERED.**

Dated: 02/22/16

_____

THELTON E. HENDERSON
United States District Judge