SHARON L. ANDERSON (SBN 94814)
County Counsel
NIMA E. SOHI (SBN 233199)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone:   (925) 335-1800
Facsimile:    (925) 335-1866
Electronic Mail: nima.sohi@cc.cccounty.us

Attorneys for Defendant
COUNTY OF CONTRA COSTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER JONES,<br><br>      Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA (CALIFORNIA) a municipality, SHAWN WELCH, individually and as Deputy Sheriff of Contra Costa County Sheriff's Office, SEAN BIRTCIL, individually and as Deputy Sheriff of Contra Costa County Sheriff's Office, and DOES 1 through 50, inclusive,<br><br>      Defendants. | No. C13-05552 TEH<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING HEARING DATE ON DEFENDANT'S MOTION TO DISMISS (Docket No. 17)<br><br>Crtrm:   2, 17th Floor<br>Judge:   Hon. Thelton E. Henderson<br>Date Action Filed: December 2, 2013<br>Trial Date: None Assigned |

Pursuant to this Court's Order issued on February 22, 2016, *see* ECF Doc. No. 33, Plaintiff CHRISTOPHER JONES, by and through his attorney of record, Daniel T. Pocklington of the Pocklington Law Offices, and Defendant COUNTY OF CONTRA COSTA, by and through its attorney of record, Deputy County Counsel Nima E. Sohi of the Contra Costa County Counsel's Office, hereby file this stipulation for an order setting the hearing date on Defendant County of Contra Costa's motion to dismiss Plaintiff's First Amended Complaint.  *See* ECF Doc. No. 17.

**RECITALS**

WHEREAS on December 2, 2013, Plaintiff filed a Complaint alleging violations of his civil rights pursuant to 42 U.S.C. § 1983, and state law causes of action under California law.

WHEREAS on January 16, 2014, Plaintiff filed a First Amended Complaint, alleging violations of his civil rights pursuant to 42 U.S.C. § 1983, and state law causes of action under California law. *See* ECF Doc. No. 14.

WHEREAS on January 30, 2014, Defendant County of Contra Costa filed a motion to dismiss the First Amended Complaint, or in the alternative to stay the action pending the conclusion of Plaintiff's state court criminal matter. *See* ECF Doc. No. 17.

WHEREAS on April 11, 2014, this Court issued a stay of this action pending resolution of Plaintiff's state court criminal case, and deferred ruling on Defendant's arguments regarding dismissal. *See* ECF Doc. No. 29.

WHEREAS on February 22, 2016, this Court issued an Order lifting the stay of this action, and requested that the parties file a stipulation setting forth proposed hearing dates on Defendant's pending motion to dismiss. *See* ECF Doc. No. 33.

WHEREAS the parties, through counsel, have met and conferred and stipulate to a proposed hearing date of Monday April 11, 2016, on Defendant's motion to dismiss, at 10 a.m., in Courtroom 2, 17th Floor, in the above-entitled court, located at 450 Golden Gate Avenue, San Francisco, California. In the alternative, if April 11, 2016, is not convenient for the Court, the parties propose Monday April 25, 2016, at 10 a.m. for the hearing. All briefing has been completed on the motion to dismiss.

**STIPULATION**

The parties hereby stipulate that the hearing on Defendant's motion to dismiss Plaintiff's First Amended Complaint (Doc. No. 17), will be held on Monday April 11, 2016, at 10 a.m. In the alternative, the parties stipulate to a hearing on Monday April 25, 2016, at 10 a.m.

//

//

| | | |
|---|---|---|
| DATED:  February 26, 2016 | POCKLINGTON LAW OFFICES | |
| | By: */s/ Daniel T. Pocklington*<br>DANIEL T. POCKLINGTON<br>Attorneys for Plaintiff | |
| DATED:  February 26, 2016 | SHARON L. ANDERSON<br>COUNTY COUNSEL | |
| | By: */s/ Nima E. Sohi*<br>NIMA E. SOHI<br>Deputy County Counsel<br>Attorneys for Defendant<br>COUNTY OF CONTRA COSTA | |

### **ATTORNEY ATTESTATION**

I hereby attest that I have authorization from all of the above-named counsel to E-file this statement, and this authority is reflected by the conformed signature ("*/s/*") within this E-filed document.

DATED:  February 26, 2016       SHARON L. ANDERSON
                                COUNTY COUNSEL

                                By:   */s/ Nima E. Sohi*
                                      NIMA E. SOHI
                                      Deputy County Counsel
                                      Attorneys for Defendant
                                      COUNTY OF CONTRA COSTA

# [~~PROPOSED~~] ORDER

Having considered the stipulation filed by the parties, and good cause appearing, the Court hereby orders that the hearing on Defendant County of Contra Costa's pending motion to dismiss will be held on Monday April 11, 2016, at 10 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __02/29/2016_____     _____
                                                                HON. THELTON E. HENDERSON
                                                                United States District Court Judge